United States Bankruptcy Court for the Western District of Michigan

Case_____    Chapter 11

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

1. Debtor's Name:      Sara's Nails LLC

3. Debtor's federal Employer Identification Number (EIN)      47 5358918

4. Debtor's Address

     **Principal Place of Business**
     1433 Blossom SE
     Grand Rapids MI 49508

5. Debtor's website      sarasnailsgr.com

6. Type of Debtor      Corporation (LLC)

7. Description of Debtor's business      Cosmetology Services

8. Filing chapter of Bankruptcy Code    Chapter 11 – A plan is being filed with this petition. Acceptances of the plan were solicited prepetition from creditors in accordance with 11 USC Sec. 1126(b).

11. Case filed in this district      Debtor is domiciled in Western District of Michigan

12.      No property of debtor needs immediate attention.

13. Debtor's estimate of available funds      Funds will be available for distribution to unsecured creditors.

14. Estimated number of creditors      Under 50

15. Estimated assets      $1,000,001 - $10,000,000

16. Estimated Liabilities      $1,000,001 - $10,000,000

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. I have been authorized to file this petition on behalf of the debtor. I have examined the information in this petition and have a reasonable belief that the information is true and correct and so declare under penalties of perjury.

Executed on  01-17-2024

_____  Printed Name: Suong Nguyen
                    Title: Secretary

18. Signature of Attorney

_____  Date: 01-17-2024

Printed Name: Suong Nguyen

Address: 2054 E Beltline NE    Grand Rapids MI 49025

Phone Number: 616 808 9509    Email: saraphan1022@gmail.com

Sara's Nails LLC

United States Bankruptcy Court for the western District of Michigan     Case number_____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

I am the secretary of the corporation debtor; I have examined the information in the following documents and have a reasonable belief that the information is true and correct.

*Schedule A/B: Assets – Real and Personal Property* (Official Form 206A/B)

*Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

*Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

*Summary of Assets and Liabilities* (Official Form 206Sum)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2024         /s/ Suong Nguyen _____

Suong Nguyen
Debtor Corporation Secretary

Sara's Nails LLC                                   United States Bankruptcy Court for the Western District of Michigan

Case Number: _____                                Chapter 11

Official Form 206G

**Schedule G: Executory Contracts and Unexpired Leases**

2.1 Subscriptions                                   All American Precision  .
    Cosmetology Treatments            2572 Breckville
    5 years                                           Richfield OH 44286

2.2 Subscriptions                                   Document Control Systems
    Cosmetology Treatments            5309 Scovill
    5 years                                           Cleveland OH 44101

2.3 Subscriptions                                   Hill Valley Corp.
    Cosmetology Treatments            30 N Gould
    5 years                                           Sheridan WY 82801

2.4 Subscriptions                                   Lincoln Funding Solutions
    Cosmetology Treatments            16192 Coastal Hwy
    5 years                                           Lewes DE 15598

2.5 Subscriptions                                   Scion Funding
    Cosmetology Treatments            6933 N Kedzie
    5 years                                           Chicago IL 60645

2.6 Rent                                            Beltline Properties
    Lease on Premises                    2054 Beltline NE
    22 months                                  Grand Rapids MI 49025

Official Form 206G                                                                                         page 1 of 1

FILED PM 2:13
2024 JAN 17

MICHELLE M. WILSON
CLERK, USBC MIW

Sara's Nails LLC                                                   United States Bankruptcy Court for the Western District of Michigan

Case Number: _____

Official Form 207

## Statement of Financial Affairs

### Part 1: Income

1. **Gross revenue from business**  From 01/01/24 to 01/16/24   Business Operations    $ 60,596

   From 01/01/23 to 12/31/23   Business Operations   $ 1,405,906

   From 01/01/22 to 12/31/22   Business Operations   $ 1,502,701

2. **None-business revenue** - None

### Part 2: Certain Transfers Made Before Bankruptcy Filings

| | | | |
|---|---|---|---|
| 3.1 United States SBA | 11/14/23 | $ 5,832 | Unsecured loan repayment |
| 50 Front Ave. | 12/14/23 | 5,832 | Unsecured loan repayment |
| Grand Rapids MI 49503 | | | |

4. **Payments to or for insiders within 1 year of bankruptcy filing** – None

5. **Repossessions, foreclosures and returns** – None

6. **Setoffs** – None

### Part 3: Legal Actions or Assignments – None

### Part 4: Certain Gifts and Charitable Contributions – None

### Part 5: Certain Losses – None

### Part 6: Certain Payments or Transfers – None

### Part 7: Previous Locations – None

### Part 8: Health Care Bankruptcies – Not applicable

### Part 9: Personally Identifiable Information

16. Debtor collects no personally identifiable information of customers.

17. Debtor has no employees.

### Part 10. Certain Financial Accounts, Safe Deposit Boxes and Storage Units

18. No financial accounts or instruments held by debtor were closed or transferred within one year of filing of this bankruptcy petition.

Sara's Nails LLC                                              Case Number: _____

19. Debtor has no safe deposit boxes.

20. Debtor maintains no off-premises storage or facilities.

**Part 11: Debtor does not Hold or Control any Property It Does Not Own**

**Part 12: Environmental formation**

22. Debtor has never been a party in any judicial or administrative proceeding under any environmental law.

23. Debtor has received no notification that debtor may be liable under any environmental law.

24. Debtor has never released any hazardous material.

**Part 13: Details of Debtor's Business or Connections to any Business**

25. Debtor has no interest in any other business.

26a. Debtor maintained its own books and records and prepared its own statements and filings.
26b. Debtor's books and records have not been audited or reviewed by any outside party.
26c. No books or records of debtor were in possession of any outside firm or individual.
26d. Financial statements have been issued to the following:

26d.1 Internal Revenue Service
      Kansas City MO 64999

26d.2 Michigan Dept. of Treasury
      Lansing MI 48922

27. Debtor does not maintain perpetual inventory records; supplies are routinely ordered on a preset schedule.

28. The following officers controls the debtor corporation and has had control since the formation of the corporation:

| Tan N Truong | 1433 Blossom St SE | Grand Rapids MI 49508 | President | 100% |
| Suong Nguyen | 2054 Beltline St NE | Grand Rapids MI 49025 | Secretary | |

30. Debtor has provided no payments, distributions or withdrawals to any insider at any time.

31. Debtor has never been a member of any consolidated group for tax purposes.

32. Debtor has never been responsible for any pension fund contributions.

**Part 14: Signature and Declaration**

I have examined the information herein and have a reasonable belief that it is true and correct.
I declare under penalty of perjury that the foregoing is true and correct.        Executed on January 16, 2023

_____                                  Suong Nguyen
Secretary

**No additional pages to this Official Form 207 are attached.**

Official Form 207                                                                   page 2

Official Form 411a

# United States Bankruptcy Court
## Western District of Michigan

In re Sara's Nails LLC

Case number: _____

Chapter 11

## General Power of Attorney

To:   Suong Nguyen of 2054 E Beltline NE   Grand Rapids Michigan 49025

The undersigned claimant hereby authorizes you as attorney-in-fact for the undersigned to vote on any question that may be lawfully submitted to creditors of the debtor in the above entitled case, to vote for a trustee of the estate of the debtor and for a committee of creditors and to perform any act that does not constitute the practice of law for the undersigned in all matters arising in this case.

Dated January 16, 2024

_____ [signature] _____

Acknowledged before me on January 16, 2024 by Suong Nguyen who says that she is the Secretary of the corporation named above and is authorized to execute this Power of Attorney on its behalf.

Suong Nguyen appeared before me January 17th 2024 and presented a valid driver license.

[signature]

Brady Olson
Notary Public State of Michigan
Kent County
My Commission Expires 11/12/2028
Acting in the County of Kent